# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-427
Lower Tribunal No. GC19-61

_____

M.G.M., a minor, by and through TROY MCLEHANY, as parent and natural guardian, R.S.M., a minor, by and through TROY DON MCLEHANY, as parent and natural guardian, J.D.B.C., a minor, by and through CHRIS D. CAMPBELL, as parent and natural guardian, and J.A.N., by and through JONATHAN T. NILES, as parent and natural guardian,

Appellants,

v.

ROBERT R. GRIGSBY, IV, individually, as Trustee of the DAVID ALAN GRIGSBY REVOCABLE TRUST DATED FEBRUARY 14, 2003 and the NEW TRUST CREATED UNDER THE SETTLEMENT AGREEMENT DATED MAY 4, 2015, OUT OF THE DAVID ALAN GRIGSBY REVOCABLE TRUST DATED FEBRUARY 14, 2003, et al.,

Appellees.

_____

Appeal from the Circuit Court for Highlands County.
Angela J. Cowden, Judge.

December 12, 2023

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and SMITH, JJ., concur.

Mark N. Miller, Sandra G. Sheets, and Katherine Sultenfuss Schichtel, of GrayRobinson, P.A., , Lakeland, for Appellants.

Samuel J. Salario, Jr., and Steven L. Brannock, of Brannock Berman & Seider, Tampa, for Appellees, Robert R. Grigsby, IV, individually, as Trustee of the David Alan Grigsby Revocable Trust dated February 14, 2003 and the New Trust Created under the Settlement Agreement dated May 4, 2015, out of the David Alan Grigsby Revocable Trust dated February 14, 2003, and as parent and natural guardian of K.B.G., C.M.G., and A.O.G., Marcus Chad Grigsby, individually, as Co-Trustee of the Other Family Trusts, and as parents and natural parents of B.A.G. and B.E.G., Christell Lynn Hale Pound, individually, as Co-Trustee of the Other Family Trusts, and as parent and natural guardian of A.J.P. and B.D.P., AG Plus Developments, Inc., Grigsby Family Partnership, LTD., Grigsby Grain Partnership, Grigsby Properties, LLC, and Square G, LLC.

Kevin A. Ashley, of Peterson & Myers, P.A., Winter Haven, for Appellee, Michael T. Gallagher, individually, as Personal Representative of the David Alan Grigsby's Estate, and Trustee of the Family Pot Trust created under the Settlement Agreement dated May 4, 2015.

No Appearance for Other Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED